UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEANNA MARIE EVANS )<br>    Plaintiff, )<br>v. )<br>     )<br>COMMISSIONER OF SOCIAL SECURITY )<br>    Defendant ) | **JUDGMENT**<br>No. 7:24-CV-655-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 10, 2024 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute and to follow court's order.

**This Judgment Filed and Entered on December 10, 2024, and Copies To:**
Deanna Marie Evans (via US mail) 3071 Wilmington Hwy, Willard, NC 28478
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)

December 10, 2024      PETER A. MOORE, JR. CLERK

             /s/ Sandra K. Collins
            (By) Sandra K. Collins, Deputy Clerk